IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGORY MORRIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | MISCELLANEOUS NO. H-09-0165 |
| § | |
| THOMAS PETROLEUM, INC., *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss **(Instrument No. 18)** is **GRANTED as follows**:

**ORDERED** that this proceeding is stayed pending the resolution of the state court proceedings. This case is **ADMINISTRATIVELY CLOSED**. The parties are granted leave to reinstate this case on the Court's active docket within thirty (30) days of the conclusion of the state court proceedings.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 26th day of June, 2009, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**