IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGORY MORRIS § § Plaintiff, § § v. § § THOMAS PETROLEUM, INC. and § THOMAS FUELS, LUBRICANTS & § CHEMICALS, INC. § § Defendants. § | Civil Action No.: 4:09-mc-0165 |

## ORDER

The Court has considered Plaintiff Gregory Morris's Motion for Reconsideration of Order Staying Case [Instrument No. 22] and the Motion is hereby GRANTED as follows:

ORDERED that the stay in this proceeding is lifted. This matter is REINSTATED on the Court's active docket. This case has been ADMINISTRATIVELY RE-OPENED. *The Court did not previously consider the Plaintiff's response.*

SIGNED on this the ___8th___ day of ___July___, 2009, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE