IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY MORRIS | § § | |
| Plaintiff, | § § | |
| v. | § § | MISCELLANEOUS NO. H-09-0165 |
| THOMAS PETROLEUM, INC. and THOMAS FUELS, LUBRICANTS & CHEMICALS, INC. | § § § § | |
| Defendants. | § § | |

## ORDER

IT IS HEREBY ORDERED that this proceeding is stayed pending the resolution of the state court proceedings. The case is ADMINISTRATIVELY CLOSED. The parties are granted leave to reinstate this case on the Court's active docket within thirty (30) days of the conclusion of the state court proceedings.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this ___ day of August, 2009, at Houston, Texas.

VANESSA D. GILMORE
**UNITED STATES DISTRICT JUDGE**